# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**GEORGIA STRICKLIN,**

        Plaintiff,

    V.        CASE NUMBER: **07-C-192**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

        Defendant.

☐    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the decision of the Commissioner of the Social Security Administration that the plaintiff is not disabled is AFFIRMED.**

**This action is hereby DISMISSED.**

    **October 9, 2007**                                **JON W. SANFILIPPO**
Date                                                Clerk

                                                         s/ Linda M. Zik
                                                         (By) Deputy Clerk